**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION**

|  |  |
|---|---|
| In re: <br><br> **SURINDER BARDWAJ** <br><br> Debtor | ) <br> ) <br> ) <br> ) <br> ) Chapter 11 <br> ) Case No. 10-44134-MSH <br> ) <br> ) |

## UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE

### (Expedited Determination Requested)

The United States Trustee ("UST") moves, pursuant to 28 U.S.C. § 586(a)(3)(G) and 11 U.S.C. § 1112(b), this Court to enter an order dismissing this case. As grounds for dismissal, the UST states as follows:

1. Surinder Bardwaj, (the "Debtor") filed a voluntary chapter 11 petition on August 20, 2010.

2. The Debtor owns several pieces of real property.

3. The Debtor has failed to provide to the UST evidence that the Debtor has in force appropriate insurance coverage for the property.

4. The Debtor's failure to maintain adequate insurance for estate assets poses a risk to the estate and constitutes cause for dismissal pursuant to 11 U.S.C. § 1112(b)(4)(C).

**WHEREFORE**, the United States Trustee prays that this Court enter an order dismissing this case, and for such other relief as is right and just.

**Respectfully submitted,**

**John P. Fitzgerald, III
Acting United States Trustee**,

**By:     /s/ Lisa D. Tingue
Lisa D. Tingue (BBO#633275)
Trial Attorney
United States Department of Justice
Office of the United States Trustee
446 Main Street, 14th Floor
Worcester, MA 01608
Tel:(508) 793-0555
Fax:(508) 793-0558**

**Date: August 31, 2010**    lisa.d.tingue@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above United States Trustee's Emergency Motion to Dismiss Case was served via first class mail and/or CM/ECF on the parties listed.

                                                  /s/ Lisa D. Tingue

Date: August 31, 2010                    Lisa D. Tingue

Paul A. Petrillo, Esq.
202 Main Street
Suite 102
Salem, NH 03079
paulpetrillo202@gmail.com

Surinder Bardwaj
205 Groton Rd
Westford, MA 01886

North Middlesex Bank
C/O Brams Young And Levinson
1601 Trapelo Rd
Waltham, MA 02451