**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Surinder Bardwaj<br>          Debtor, | Chapter: 11<br>Case No: 10–44134<br>Judge Melvin S. Hoffman |

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above **Debtor** was entered on 9/8/10 .

Date:9/23/10

By the Court,

Madelyn Bedard
Deputy Clerk
508–770–8918

23